No. 02–7069. SYKES *v.* HENDRICKS, ADMINISTRATOR, NEW JERSEY STATE PRISON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 02–7110. BULLOCK *v.* CARVER, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 02–7171. JOHNSON *v.* ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 02–7172. MOTEN *v.* KYLER, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HUNTINGDON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 02–7175. KRAUSE *v.* WADDINGTON, SUPERINTENDENT, STAFFORD CREEK CORRECTIONS CENTER. C. A. 9th Cir. Certiorari denied.

No. 02–7177. SCALES *v.* WOLFE, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT ALBION, ET AL. C. A. 3d Cir. Certiorari denied.

No. 02–7178. HILL *v.* MALOLFF, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 02–7180. HUFF *v.* HINKLE, WARDEN. Sup. Ct. Va. Certiorari denied.

No. 02–7183. KING *v.* ROPER, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 02–7204. ARNOLD *v.* STUBBLEFIELD, SUPERINTENDENT, MISSOURI EASTERN CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 02–7208. AEID *v.* BENNETT, SUPERINTENDENT, ELMIRA CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 02–7284. GUERRERO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–7285. FORTE *v.* REILLY, ATTORNEY GENERAL OF MASSACHUSETTS. C. A. 1st Cir. Certiorari denied.